KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Reynaldo Alvarenga,<br><br>   Petitioner,<br><br>v.<br><br>Christopher McGregor, et al.,<br><br>   Respondents. | No.   CV-26-01250-PHX-MTL (JZB)<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

Petitioner entered the United States on April 4, 2011. Petitioner was seventeen years old at the time of entry and was unaccompanied by a parent or legal guardian. On his date of entry, Petitioner was arrested by a Border Patrol agent and subsequently transferred into the custody of United States Department of Health and Human Services, Office of Refugee Resettlement, Division of Unaccompanied Children's Services (HHS/ORR). On May 20, 2011, HHS/ORR released Petitioner into the care and custody of his father. On February 10, 2026, Petitioner was re-detained by Customs and Border Protection officials without a pre-deprivation hearing. Petitioner seeks release from custody, or in the alternative, a bond hearing.

Petitioner asserts his re-arrest and detention violate the Trafficking Victims Protection Reauthorization Act and the Fifth Amendment. Additionally, the Petition raises the issue of whether 8 U.S.C. § 1226(a), which contemplates a bond hearing, or 8 U.S.C.

§ 1225(b)(2), which mandates detention, applies when United States Immigration and Customs Enforcement (ICE) apprehends an alien who entered the United States without inspection, never formally applied for admission, and has been living in the United States for years or decades.

Respondents must respond to the Petition. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(2) If not already issued, the Clerk of Court must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4) Respondents must respond to the Petition no later than **March 10, 2026**.

(5) Petitioner may file a reply no later than **March 17, 2026**.

Dated this 24th day of February, 2026.

Michael T. Liburdi
United States District Judge