# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Reynaldo Alvarenga, | No. CV-26-01250-PHX-MTL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

The Court has considered Petitioner's Motion for Temporary Restraining Order and Memorandum of Points and Authorities in Support Thereof (Doc. 9). The Petition (Doc. 1) is fully briefed (*see* Docs. 7, 8), and Petitioner's motion appears to argue the same points as were made in the briefing regarding the Petition. The Court thus construes Petitioner's motion as a motion to expedite resolution of the Petition.

Petitioner does not present any facts indicating that Petitioner's circumstances warrant this Petition advancing ahead of the many other habeas petitions pending before this Court that, as here, challenge allegedly unlawful immigration detention. To the extent that is the relief Petitioner seeks in filing his motion, it is denied.

Well over one thousand petitions challenging allegedly unlawful immigration detention have been filed in this District this year. The undersigned District Judge has disposed of, by its calculation, approximately one hundred such petitions over the last several months, and it is ruling as quickly as it can on the many that remain pending and that continue to be filed every week. The Court must manage its docket and consider not

just these petitions but also the hundreds of other cases over which the Court presides, including those involving criminal defendants. The Court will rule on this Petition in due course and with the priority required under 28 U.S.C. § 2243.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 9) is **denied**.

Dated this 5th day of May, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 2 -