**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Reynaldo Alvarenga, | No. CV-26-01250-PHX-MTL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

The Court has considered the Petition (Doc. 1) and related briefing (Docs. 7, 8). The Petition presents a unique issue involving interpretation and application of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), now codified in relevant part and as amended at 8 U.S.C. § 1232. Petitioner's arguments have presented a novel issue to the undersigned, which the undersigned has not before had occasion to analyze. The Court therefore finds that oral argument would aid its consideration of the Petition. At oral argument, the parties must be prepared to address Petitioner's argument for relief under the TVPRA, including the statutory and regulatory scheme in place at the time Petitioner was initially detained as a minor, was released to his father's custody, and reached the age of majority.

**IT IS THEREFORE ORDERED** setting Oral Argument on the Petition (Doc. 1) on **Tuesday, June 23, 2026**, at **11:00 a.m.** in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi.

. . . .

**IT IS FURTHER ORDERED** that counsel must appear in person. The Court is aware that Petitioner's counsel resides in California but finds that appearance in person would be most beneficial to the Court's consideration of the parties' arguments.

Dated this 12th day of June, 2026.

Michael T. Liburdi
United States District Judge