# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Reynaldo Alvarenga, | No. CV-26-01250-PHX-MTL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

The Court has considered Petitioner's Motion for Leave to File Supplemental Evidence and Briefing (Doc. 18), in which Petitioner requests that the Court consider new evidence and argument pertaining to that evidence in its consideration of the Petition. The Court observes that Petitioner has sought expedited consideration of the Petition, including through a post-briefing motion for temporary restraining order (Doc. 9) and a petition for writ of mandamus (*see* Doc. 11). However, when the Court set oral argument on the novel issues raised in the Petition and instructed the parties to be prepared to address "the statutory and regulatory scheme in place at the time Petitioner was initially detained as a minor, was released to his father's custody, and reached the age of majority" (Doc. 12 at 1), Petitioner was unprepared and requested supplemental briefing to address the governing statutory and regulatory scheme for these novel issues. (*See* Doc. 16.)

Now, just before the deadline for the parties' supplemental briefs (*see* Doc. 16), Petitioner requests that the Court consider supplemental evidence and briefing in connection with the arguments already briefed in the Petition. (Doc. 18.) The Court

requires Respondents' response, which will further delay resolution of the Petition. Petitioner is on notice that any delay in resolution of the Petition is due to counsel's lack of preparation at oral argument and requests for consideration of supplemental briefing and evidence.

**IT IS ORDERED** that Respondents must respond to Petitioner's Motion for Leave to File Supplemental Evidence and Briefing (Doc. 18) no later than **July 9, 2026**.

**IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **July 13, 2026**, at **12:00 p.m.**

Dated this 2nd day of July, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge